1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  JOSEPH A. FAZIOLI (ILSBN 6273413)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5061
7      Facsimile: (408) 535-5081
       E-Mail: joseph.fazioli@usdoj.gov
8
   Attorneys for the United States
9

                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
                       SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,          )   No. CR 3-04-30420 EDL
                                   )
       Plaintiff,                  )   STIPULATION AND [PROPOSED]
                                   )   ORDER CONTINUING STATUS
   v.                              )   HEARING AND EXCLUDING TIME
                                   )   FROM RULE 5.1 AND THE SPEEDY
                                   )   TRIAL ACT CALCULATION (18 U.S.C.
TIMOTHY FLOWERS,                   )   § 3161(h)(8)(A))
                                   )
       Defendant.                  )
_____)

       This matter is scheduled before the Court for status on November 15, 2007. The parties now jointly request that this matter be continued in order to allow the parties an additional opportunity to explore a resolution of this matter and to process a recent development in this case. The parties had been engaged in discussions regarding a potential pre-indictment resolution of this matter. The government had proposed to the defense that this matter be resolved through pre-trial diversion, had offered proposed pre-trial diversion contract terms to the defense for its consideration, and had provided information to pre-trial services to allow them to assess the potential that the defendant be subject to pre-trial diversion. However, pre-trial services recently informed the government and the defense that it did not consider the defendant to be an

STIPULATION AND [PROPOSED] ORDER
CR 3-04-30420 EDL

1 | appropriate candidate for pre-trial diversion.

2 | In light of the recent development, the parties jointly request a brief continuance until
3 | December 6, 2007 to discuss next steps in the case. The parties submit that this brief
4 | continuance will allow defense counsel the reasonable time necessary to confer further with his
5 | client and in order to effectively prepare, and also potentially to allow the parties additional time
6 | to discuss an appropriate resolution of this matter. The parties agree, and the Court finds and
7 | holds, as follows:

8 | 1. The status hearing is continued to December 6, 2007 at 9:30 a.m. before the duty
9 | magistrate judge on that date.

10 | 2. Time should be excluded under Rule 5.1 from November 15, 2007 to December
11 | 6, 2007 in order to allow defense counsel time to confer with his client and to review the recently
12 | provided proposal for pre-trial diversion. The parties agree that the continuance is proper under
13 | Rule 5.1 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3060.

14 | 3. The time between November 15, 2007 and December 6, 2007 is excluded under
15 | the Speedy Trial Act. The parties agree that the failure to grant the requested continuance would
16 | unreasonably deny defense counsel reasonable time necessary for effective preparation, taking
17 | into account the exercise of due diligence. The parties agree that the ends of justice served by
18 | granting the requested continuance outweigh the best interest of the public and the
19 | defendant in a speedy trial and in the prompt disposition of criminal cases. 18 U.S.C. §
20 | 3161(h)(8)(A).

21 | STIPULATED:
22 | DATED: 11/19/07
23 | ROBERT WAGGENER
   | Attorney for Defendant Flowers

24 | DATED: 11/14/07
25 | JOSEPH A. FAZIOLI
   | Assistant United States Attorney

26 | IT IS SO ORDERED.
27 | DATED: 15 Nov 07
28 | BERNARD ZIMMERMAN
   | UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER
CR 3-04-30420 EDL