ORIGINAL

1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  JOSEPH A. FAZIOLI (ILSBN 6273413)
   Assistant United States Attorney
5
   150 Almaden Boulevard, Suite 900
6  San Jose, California 95113
   Telephone: (408) 535-5061
7  Facsimile: (408) 535-5081
   E-Mail: joseph.fazioli@usdoj.gov
8
   Attorneys for the United States
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,         )   No. CR 3-04-30420 EDL
                                       )
15 |        Plaintiff,                 )
                                       )
16 |   v.                              )   NOTICE OF DISMISSAL
                                       )
17 |                                   )
   | TIMOTHY FLOWERS,                  )
18 |                                   )
   |        Defendant.                 )
19 |_____)

20      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the
21 United States Attorney for the Northern District of California dismisses the above complaint
22 //
23 //
24 //
25 //
26 //
27 //
28 //

NOTICE OF DISMISSAL
CR 3-04-30420 EDL

1 | without prejudice.

2 | DATED: 3-17-08

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

BRIAN STRETCH
Chief, Criminal Division

8 | Leave is granted to the government to dismiss the complaint.

10 | Date: Mar. 18, 2008

ELIZABETH LAPORTE
UNITED STATES MAGISTRATE JUDGE

28 | NOTICE OF DISMISSAL - CR 3-04-30420 EDL